THE STATE OF NEBRASKA, PLAINTIFF IN ERROR, V.
STILLMAN N. WHITE, DEFENDANT IN ERROR.

THIS was a case brought up by petition in error from
the district court for Butler county. It was an action
brought by White to recover $488.09, money alleged to
have been paid for school lands of the state purchased
by White, but which, as alleged in the petition, the
officer acting for the state had no authority to sell. The
state demurred to the petition, which, upon argument
before POST, J., was overruled, and the state electing to
stand on its demurrer, judgment was entered in favor of
White for the principal and interest of his claim, amount-
ing to $620.03.

*N. Millet & Son*, for plaintiff in error.

*C. J. Phelps* for defendant in error.

LAKE, J.

This case is clearly within the rule announced in the
case of *The State v. Stout*, decided at this term. There
is no law by which the defendant in error can maintain
his pretended claim against the state. It is not one
which the auditor is authorized to allow, and consequent-
ly was properly rejected by that officer when presented
to him for audit. Besides, under the rule referred to,
even if the claim were a valid one, the only mode by
which the decision of the auditor can be reviewed is by
appeal.

The judgment of the district court having been ren-
dered without jurisdiction, must be reversed, and the
case dismissed, at the cost of the defendant in error.

JUDGMENT ACCORDINGLY.